1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

8

9   IN RE APPLICATION OF: BECTON    )        3:15-cv-00233-HDM-WGC
    DICKINSON GmbH AND BECTON        )
10  DICKINSON AUSTRIA GmbH FOR THE   )
    TAKING OF THOMAS C. KURACINA'S   )        ORDER
11  DEPOSITION AND FOR THE PRODUCTION)
    OF DOCUMENTS FROM THOMAS C.      )
12  KURACINA AND INJECTIMED INC., FOR)
    USE IN A FOREIGN PROCEEDING UNDER)
13  28 U.S.C. § 1782(a)              )
    _____)
14

15       Before the court is petitioner Becton Dickinson GmbH and

16  Becton Dickinson Austria GmbH's emergency motion to de-designate

17  documents marked confidential and memorandum of points and

18  authorities (#27). Respondents Thomas C. Kuracina and Injectimed,

19  Inc. filed a response (#30).

20       The court, having considered each of the documents, and good

21  cause appearing, finds as follows:

22       1) The documents the subject of the current motion are

23  "private materials unearthed during discovery," and therefore the

24  appropriate standard of consideration is "good cause." *See Pintos*

25  *v. Pacific Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2009);

26  *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

27       2) In determining whether good cause exists to permit the

28  designation of materials as confidential, the court must "balanc[e]

                                    1

1  the needs for discovery against the need for confidentiality."

2  *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d

3  1205, 1213 (9th Cir. 2002). The court finds that petitioner has

4  made an insufficient showing that the need for discovery of all of

5  the material contained in the subject documents outweighs

6  respondent's need for confidentiality. Therefore, the court hereby

7  **DENIES** petitioner Becton Dickinson GmbH and Becton Dickinson

8  Austria GmbH's emergency motion to de-designate the documents that

9  are the subject of the current motion.

10      IT IS SO ORDERED.

11      DATED: This 19th day of August, 2015.

13  _____
    UNITED STATES DISTRICT JUDGE